**FILED**
**FEBRUARY 15, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**08 C 974**

| | | |
|---|---|---|
| JEANNETTA WOODARD, | ) | |
| | ) | |
| Plaintiff, | ) | No: |
| | ) | |
| vs. | ) | Jury Demand |
| | ) | |
| BORG WARNER TRANSMISSION SYSTEMS, INC. | ) | |
| | ) | |
| Defendant. | ) | |

**JUDGE HART**
**MAGISTRATE JUDGE DENLOW**

COMPLAINT
AS AND FOR A FIRST COUNT OF ACTION
(Title VII-RACE DISCRIMINATION)

**Nature of the Action**

1. Plaintiff brings this action under Title VII of the Civil Rights Act of 1964 and as amended by inter alia, the Civil Rights Act of 1991, 42 U.S.C.A. §§ 2000e et seq., ("Title VII"). venue jurisdiction under 28 U.S.C.A. § 1343 (4) and 42 U.S.C.A. § 2000e-5(f), for COUNTY having subjected Plaintiff to racial discrimination by failure to treat her the same as Caucasian employees for which Plaintiff's repeated complaints about same. The employment practices hereafter alleged to be unlawful were and are now being committed in the Northern District of Illinois, Eastern Division.

**PARTIES**

2. Plaintiff, JEANNETTA WOODARD, (hereinafter "Plaintiff or WOODARD") is an adult person and a resident of Cook County, State of Illinois.

3. WOODARD was an employee of Defendant, BORG WARNER TRANSMISSION SYSTEM, INC. (HEREINAFTER "Defendant or BORG") from December 1, 2003, until she was constructively discharged on September 27, 2007.

4. BORG is an employer within the meaning of the Civil Rights Act and 42 U.S.C. 2000(e) *et seq.*, and has been at all times material to the allegations herein.

## STATEMENT OF CLAIMS

5. Plaintiff repeats and realleges each and every allegation set forth above with the same force and effect as more fully set forth herein.

6. Defendant by its action or actions of its' agents, caused and created a hostile work environment which unreasonably interfered with the terms and conditions of Plaintiffs employment and Plaintiff performance in her job and created a racial, hostile and offensive work environment. All in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. Section 2000-c et seq; as amended by <u>inter alia</u> the Civil Rights Act of 1991.

7. By reason of the racial discrimination of Defendant, Plaintiff has suffered a loss of earnings and benefits, in addition to suffering great pain, humiliation and mental anguish, all to her damage.

8. Further, said action on the part of the Defendant was done with malice and reckless disregard for Plaintiffs' protected rights.

9. Plaintiff has no adequate remedy at law to secure relief. If this court does not enter an order for Defendant to re-employ Plaintiff, Plaintiff will be irreparably injured.

10. Plaintiff filed a discrimination charge against Defendant with the Equal Employment Opportunity (EEO). That charge was timely filed, under procedures set forth in Title VII of the Civil Rights Act of 1964, 42 U.S.C. A. § 2000e-5(e). (See Exhibit A).

11. On November 13, 2007, Plaintiff received notice from the EEO of her right to

bring this action (see Exhibit "B"), and Plaintiff timely filed this action.

## AS AND FOR A SECOND CAUSE OF ACTION
## (Title VII-RETALIATION)

12. Plaintiff realleges each and every allegation set forth above with the same force and effect as if more fully set forth herein.

13. Defendant has intentionally retaliated against Plaintiff, based upon filing a complaint for sexual harassment committed by employees of BORG. Wherein, Defendant's agents created a hostile, an offensive and a retaliatory work environment, all in violation of Title VII, of the Civil Rights Act of 1964, 42 U.S.C. Section 2000-e et seq, as amended by, inter alia the Civil Rights Act of 1991. All in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. Section 2000-c et seq; as amended by inter alia the Civil Rights Act of 1991.

14. By reason of the retaliation of BORG, Plaintiff has suffered a loss of earnings and benefits, in addition to suffering great pain, humiliation and mental anguish, all to her damage.

15. Further, said action on the part of the BORG was done with malice and reckless disregard for Plaintiff's protected rights.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment as follows:

1. Declare the conduct engaged in by Defendant to be in violation of Plaintiff's rights;

2. For injunctive relief, including but not limited to relief required to make Plaintiff whole for the losses caused by the violations of Defendant;

3. For compensatory damages in an amount according to proof;

4. For costs of suit, including reasonable attorney's fees and expert fees, pursuant to 42 U.S.C.A § 12117(a), which incorporates the remedies set forth in Title VII of the Civil Rights Act of 1964, Title 42 U.S.C.A. § 2000e-5(k); and

5. For such other and further relief as the court deems proper.


JEANNETTA WOODARD

BY: /s/ Michael T. Smith
Michael T. Smith
Trial Attorney

Michael T. Smith 6180407IL
440 W. Irving Park Road
Roselle, IL 60172
(847) 895-0626

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 440-2008-00079 and EEOC |

State or local Agency, if any

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Jeanetta Woodard | (773) 637-9101 | 02-25-1980 |

Street Address: 5917 W. Diversey, Apt 2, Chicago, IL 60639

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| BORG WARNER | 500 or More | (630) 261-9980 |

Street Address: 1350 N. Greenbriar, Addison, IL 60101

DISCRIMINATION BASED ON (Check appropriate box(es).)

☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 11/01/2004   Latest: 09/27/2007
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I was hired by the Respondent on December 1, 2003. My most recent position was Customer Service Representative. In November of 2004, I was sexually harassed. Since November of 2004, I have been racially discriminated against, retaliated against and subjected to a hostile working environment. I have complained in writing to Human Resources and no action has been taken. On September 27, 2007, I was constructively discharged.

I believe I have been discriminated against because of my race, Black, in violation of Title VII of the Civil Rights Act of 1964, as amended and retaliated against for engaging in protected activity, in violation of Title VII of the Civil Rights Act of 1964, as amended.

OCT 18 2007

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Oct 18, 2007   [signature]
Date   Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)

Exhibit A

EEOC Form 161-B (3/98)

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## NOTICE OF RIGHT TO SUE *(ISSUED ON REQUEST)*

| To: | Jeanetta Woodard<br>5917 W. Diversey<br>Apt 2<br>Chicago, IL 60639 | From: | Chicago District Office<br>500 West Madison St<br>Suite 2800<br>Chicago, IL 60661 |
|---|---|---|---|

**CERTIFIED MAIL** 7099 3400 0018 8814 7931

[ ] *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 440-2008-00079 | Shuwn Hayes,<br>Investigator | (312) 353-8194 |

*(See also the additional information enclosed with this form.)*

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964 and/or the Americans with Disabilities Act (ADA):** This is your Notice of Right to Sue, issued under Title VII and/or the ADA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII or the ADA **must be filed in a federal or state court WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

[ ] More than 180 days have passed since the filing of this charge.

[X] Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

[X] The EEOC is terminating its processing of this charge.

[ ] The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

[ ] The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

[ ] The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

*John P. Rowe*      11/13/07

John P. Rowe, District Director      *(Date Mailed)*

Enclosures(s)

cc: **BORG WARNER**

Exhibit B