## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**08 C 974**

| In the Matter of | Case Number: |
|---|---|
| JEANNETTA WOODARD | |

V.

BORG WARNER TRANSMISSION SYSTEMS, INC.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

JEANNETTA WOODWARD

**JUDGE HART**
**MAGISTRATE JUDGE DENLOW**

| NAME (Type or print) |
|---|
| Michael T. Smith |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Michael T. Smith |
| FIRM |
| Law Offices of Michael T. Smith |
| STREET ADDRESS |
| 440 W. Irving Park Road |
| CITY/STATE/ZIP |
| Roselle, Illinois 60172 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6180407IL | 847-895-0626 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐

**FILED**
**FEBRUARY 15, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT